JOHN MOODY, Respondent, v SVETLANA SOROKINA, Appellant.

Submitted February 11, 2008; decided February 19, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

NYCTL 1999-1 TRUST et al., Respondents, v 114 TENTH AVENUE ASSOC., INC., Appellant, and CARLTON CAPITAL CORP., Intervenor-Respondent, et al., Defendants.

Submitted February 4, 2008; decided February 19, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

JAMES OWEN, Individually and as a Shareholder of Starpoint Publishing Corp., Appellant, v LINDSAY HAMILTON et al., Respondents.

Submitted November 26, 2007; decided February 19, 2008

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BUSS, Appellant.

Submitted November 19, 2007; decided February 19, 2008

Motion for leave to appeal granted. Motion for poor person relief granted.